IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CLOYD GARTH                                                            PLAINTIFF

V.                                        CIVIL ACTION NO. 1:17-CV-94-SA-DAS

MAC CURLEE, and
ABERDEEN SCHOOL DISTRICT                         DEFENDANTS

## FINAL JUDGMENT ORDER

For all of the reasons discussed in a separate memorandum opinion issued this same day, the Court grants Defendants' Motion for Summary Judgment. With no claims remaining, this case is DISMISSED with prejudice and this case is CLOSED.

So ORDERED on this the 24th day of September, 2018.

                                                      /s/ Sharion Aycock
                                                     UNITED STATES DISTRICT COURT JUDGE